IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. 6:25-CR-00149 |
| | * | |
| QUIONNE SHEMAR SMITH | * | |

FACTUAL BASIS

Had this case proceeded to trial, the United States Attorney for the Western District of Texas was prepared to prove and would prove beyond a reasonable doubt that:

On or about March 11, 2025, in the Western District of Texas, Defendant,

**QUIONNE SHEMAR SMITH,**

knowingly and unlawfully did possess a firearm, as defined by Title 26, United States Code, Section 5845(a) and (f), namely: a machinegun, as defined in Title 18, United States Code, Section 921, to-wit: a Glock, model 21 Gen 4, .45 caliber pistol, bearing Serial Number XHK305, fitted with a machinegun conversion device, which firearm was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

Specifically, the United States Attorney would prove beyond a reasonable doubt that:

On March 11, 2025, Killeen PD officers attempted to conduct a traffic stop on a vehicle being driven by QUIONNE SHEMAR SMITH. SMITH failed to yield and continued until reaching his residence, where he was arrested. Officers detected the odor of marijuana in SMITH's vehicle and conducted a search, wherein they found the Glock, model 21 Gen 4, .45 caliber pistol named in the indictment. ATF Agents later examined the firearm and determined that it had a machinegun conversion device attached. SMITH possessed this firearm, a

machinegun as defined in Title 18, United States Code, Section 921, which was not registered to SMITH in the National Firearms Registration and Transfer Record.    QUIONNE SHEMAR SMITH now admits that he possessed the machinegun without having it registered to him as required by law.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

/s/ *Christopher M. Blanton*

By:    CHRISTOPHER M. BLANTON
Assistant United States Attorney